UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YUHANG JIANG

                Petitioner,

    - against -

**KENNETH GENALO** *in his official capacity as Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations,* **RAUL MALDONADO** *in his official capacity as Warden of the Metropolitan Detention Center, Brooklyn,* **MARKWAYNE MULLIN** *in his official capacity as Secretary of the U.S. Department of Homeland Security,* **TODD BLANCHE** *in his official capacity as Acting Attorney General of the United States,* **EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**

                Respondents.
-----------------------------------------------------------X

**JUDGMENT**
CV 26-2692 (GRB)

An Order of the Honorable Gary R. Brown, United States District Judge, having been filed on July 10, 2026; granting Petitioner's petition for a writ of habeas corpus 28 U.S.C. § 2241; respondents shall release petitioner, returning any property seized incident to his arrest, forthwith; and directing the Clerk of Court to enter judgment and close the case, it is

**ORDERED AND ADJUDGED** that Petitioner's petition for a writ of habeas corpus is granted; and that the case is closed.

Dated: July __14__, 2026
      Central Islip, New York

Approved by: ___/s/ Gary R. Brown_____
          GARY R. BROWN
          United States District Judge

Dated: July 14, 2026
      Central Islip, New York

Approved by: _____
          BRENNA B. MAHONEY
          Clerk of Court